UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CORNITHA DANIELS,<br>　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br>　　　　　Defendant. | **JUDGMENT**<br><br>No. 4:19-CV-175-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 22, 2021, it is ordered that defendant pay to plaintiff $3,040.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on March 22, 2021, and Copies To:**
Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Keeya M. Jeffrey (via CM/ECF Notice of Electronic Filing)

March 22, 2021　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk